IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KATRINA BALDWIN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. _____ |
| | § | |
| KENCO LOGISTICS SERVICES, L.L.C., | § | |
| | § | |
| Defendant. | § | |

## INDEX OF STATE COURT DOCUMENTS FOR REMOVAL

The following documents are attached:

| | | |
|---|---|---|
| Exhibit A-1 | Docket Sheet | |
| Exhibit A-2 | Plaintiff's Original Petition | 09/16/2021 |
| Exhibit A-3 | Citation to Kenco Logistics Services, L.L.C. | 09/17/2021 |
| Exhibit A-4 | Return of Citation (served 09/28/2021) | 09/30/2021 |

**EXHIBIT A**

Respectfully submitted,
By: */s/ Danielle Alexis Matthews*
Danielle Alexis Matthews
Texas Bar No. 24027915
danielle.alexis.matthews@jacksonlewis.com
Raha Assadi
Texas Bar No. 24105444
raha.assadi@jacksonlewis.com
JACKSON LEWIS P.C.
500 N. Akard Street, Suite 2500
Dallas, Texas 75201
Phone: (214) 520-2400
Fax: (214) 520-2008

ATTORNEYS FOR DEFENDANT KENCO LOGISTICS SERVICES, L.L.C.

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been served by filing with the ECF filing system on October 25, 2021, which will cause service to be made upon the following:

Dan S. Boyd
BOYD & STAPLETON
PO Box 803596
Dallas, TX 75380-3596
dan@boydstap.com

ATTORNEY FOR PLAINTIFF
KATRINA BALDWIN

By: */s/ Danielle Alexis Matthews*
Danielle Alexis Matthews

## Case Information

DC-21-13826 | KATRINA BALDWIN vs. KENCO LOGISTICS SERVICES, L.L.C.

Case Number
DC-21-13826
File Date
09/16/2021

Court
68th District Court
Case Type
EMPLOYMENT

Judicial Officer
HOFFMAN, MARTIN
Case Status
OPEN

## Party

PLAINTIFF
BALDWIN, KATRINA

Active Attorneys ▼
Lead Attorney
BOYD, DAN S
Retained

DEFENDANT
KENCO LOGISTICS SERVICES, L.L.C.

Address
BY SERVING REGISTERED AGENT, CT CORPORATION SYSTEMS
1999 BRYAN STREET, SUITE 900
DALLAS TX 75201

## Events and Hearings

EXHIBIT
A-1

09/16/2021 NEW CASE FILED (OCA) - CIVIL

09/16/2021 ORIGINAL PETITION ▼

ORIGINAL PETITION

09/16/2021 ISSUE CITATION ▼

ISSUE CITATION - KENCO LOGISTICS SERVICES, L.L.C.

09/17/2021 CITATION ▼

Served
09/28/2021

Anticipated Server
ATTORNEY

Anticipated Method
Actual Server
CONSTABLE 1

Returned
09/30/2021
Comment
KENCO LOGISTICS SERVICES, L.L.C.

09/30/2021 RETURN OF SERVICE ▼

EXECUTED CITATION: KENCO LOGISTICS SERVICES, L.L.C.

Comment
EXECUTED CITATION: KENCO LOGISTICS SERVICES, L.L.C.

## Financial

BALDWIN, KATRINA
  Total Financial Assessment                                              $300.00
  Total Payments and Credits                                              $300.00

| Date | Description | Receipt | Payer | Amount |
|---|---|---|---|---|
| 9/16/2021 | Transaction Assessment | | | $292.00 |
| 9/16/2021 | CREDIT CARD - TEXFILE (DC) | Receipt # 62276-2021-DCLK | BALDWIN, KATRINA | ($292.00) |

| Date | Description | Receipt | Payor | Amount |
|---|---|---|---|---|
| 9/16/2021 | Transaction Assessment | | | $8.00 |
| 9/16/2021 | PAYMENT (CASE FEES) | Receipt # 62350-2021-DCLK | BOYD, DAN S | ($8.00) |

## Documents

ORIGINAL PETITION

ISSUE CITATION - KENCO LOGISTICS SERVICES, L.L.C.

EXECUTED CITATION: KENCO LOGISTICS SERVICES, L.L.C.

FILED
9/16/2021 7:44 AM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Alejandro Rodela DEPUTY

Case 3:21-cv-02631-D   Document 1-1   Filed 10/25/21   Page 6 of 14   PageID 9

NO. **DC-21-13826**

| | | |
|---|---|---|
| KATRINA BALDWIN, | § § | IN THE DISTRICT COURT OF |
| Plaintiff | § § | |
| v. | § § | DALLAS COUNTY, TEXAS |
| KENCO LOGISTICS SERVICES, L.L.C., | § § | 68th |
| Defendant | § § | _____JUDICIAL DISTRICT |

PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

1. Katrina Baldwin (hereinafter "Plaintiff") files this case against Kenco Logistics Services, L.L.C. (hereinafter "Kenco").

   I.   DISCOVERY LEVEL

2. Discovery in this case should be conducted under Level Three.

   II.   RULE 47 DISCLOSURE

3. Plaintiff seeks damages in excess of $1,000,000.

   III.   JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction because Plaintiff seeks damages in excess of the jurisdictional minimum of this Court. This Court has *in personum* jurisdiction because Kenco does business in Texas.

5. Venue is proper in Dallas County pursuant to Tex. R. Civ. P. & Rem. Code § 15.002 (a) (i) because Dallas County is the county in which all or a substantial part of the events giving rise to the claim occurred.

EXHIBIT
A-2

1

IV. PARTIES AND SERVICE

6. Plaintiff is an individual residing at 5657 Amesbury Dr., Apt. 1816, Dallas, Texas 75206.

7. Kenco is a limited liability company based in Chattanooga, Tennessee and may be served by delivering a copy hereof, together with citation, to Kenco's registered agent for service of process, C. T. Corporation Systems, 1999 Bryan Street, Suite 900, Dallas, Texas 75201.

V. FACTS

8. Plaintiff was wrongfully terminated from Kenco on October 23, 2020. The wrongful termination was in retaliation for Plaintiff's having criticized Katie Yelling and Tyler Wood who worked for Kenco's human relations department.

9. Plaintiff was an HR generalist. She had worked at Kenco for three years with good reviews. She had been educated at Strayer College.

10. Kenco is liable for the misconduct of Katie Yelling and Tyler Wood under the doctrine of *respondeat superior*. Plaintiff received her right to sue letter in a timely manner; therefore, she has exhausted her administrative remedies.

VI. CAUSES OF ACTION

11. Plaintiff has a cause of action for retaliation. The misconduct of Kenco gives rise to liability by way of violating §§ 21.051 and 21.005 of the Texas Labor Code, giving rise to the liability for attorneys' fees authorized by §21.2515 of the Texas Labor Code. Thus, Plaintiff is a member of a protected class: (1) a victim of retaliation.

VII. COMPENSATORY DAMAGES

2

12. Plaintiff has compensatory damages of two types: (1) back pay; and (2) emotional distress, mental anguish and reduced ability to enjoy life.  The back pay is $55,000; the second category of damages is inherently unliquidated.  However, because the misconduct of Kenco has caused major depression for Plaintiff, it is expected that the trier of fact will award something in excess of $1,000,000.  Plaintiff requests judgment for same.

### VIII.    EXEMPLARY DAMAGES

13. Because the conduct of Kenco and its agents was malicious and intentional, Plaintiff will be entitled to an award of exemplary damages in the maximum amount allowed under Tex. Civ. P. & Rem Code §41.008.  Plaintiff requests judgment for same.

### IX.    ATTORNEYS' FEES

14. Based on §21.2555 of the Texas Labor Code, Plaintiff expects the attorneys' fees to be valued at $50,000 through trial; an additional $80,000 in the event of an appeal to the court of appeals; and, an additional $50,000 in the event review is sought in the Supreme Court of Texas.  Plaintiff requests judgment for same.

### X.    PRAYER

15. Plaintiff prays (1) that Kenco be served or otherwise suffer default; (2) that Plaintiff be awarded the compensatory damages requested hereinabove; (3) that Plaintiff be awarded the exemplary damages requested hereinabove in order to deter Kenco and other persons or entities of similar ilk from committing such outrageous conduct in the future; (4) that Plaintiff be awarded the attorneys' fees requested hereinabove;

and (5) that Plaintiff be awarded all other damages, whether general or special, at law or in equity to which she may show herself to be justly entitled.

REQUEST FOR DISCLOSURE

Plaintiff requests that Kenco disclose all of the information required by Tex. R. Civ. P. 194 within 50 days of the service hereof.

Respectfully submitted,

By /s/Dan S. Boyd
Dan S. Boyd
State Bar No. 02765500
BOYD & STAPLETON
P.O. Box 803596
Dallas, Texas 75380
dan@boydstap.com
Tel.    (214)478-0152
Fax:   (214)481-1878
Web    www.boydstap.com

4

FORM NO. 353-3 - CITATION
THE STATE OF TEXAS

To:  KENCO LOGISTICS SERVICES, L.L.C.
BY SERVING REGISTERED AGENT CT CORPORATION SYSTEMS
1999 BRYAN STREET SUITE 900
DALLAS TX 75201

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written Answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and **petition**, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **68th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **KATRINA BALDWIN**

Filed in said Court **16th day of September, 2021** against

**KENCO LOGISTICS SERVICES, L.L.C.**

For Suit, said suit being numbered <u>**DC-21-13826,**</u> the nature of which demand is as follows:
Suit on **EMPLOYMENT** etc. as shown on said petition **REQUEST FOR DISCLOSURE**, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 17th day of September, 2021.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By_____, Deputy
CARLENIA BOULIGNY

---

ATTY

CITATION

DC-21-13826

**KATRINA BALDWIN**
Vs.
**KENCO LOGISTICS SERVICES, L.L.C.**

ISSUED THIS
**17th day of September, 2021**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By: CARLENIA BOULIGNY, Deputy

Attorney for Plaintiff
**DAN S BOYD**
BOYD & STAPLETON
PO BOX 803596
DALLAS TX 75380
214-478-0152
dan@boydstap.com

DALLAS COUNTY CONSTABLE
FEES PAID      (FEES NOT PAID)

EXHIBIT
**A-3**

## OFFICER'S RETURN

Case No. : DC-21-13826

Court No. 68th District Court

Style: KATRINA BALDWIN

Vs.

KENCO LOGISTICS SERVICES, L.L.C.

Came to hand on the _____ day of _____, 20\_\_\_\_, at _____ o'clock \_\_\_\_\_.M. Executed at _____, within the County of _____ at _____ o'clock \_\_\_\_\_.M. on the _____ day of _____, 20_____, by delivering to the within named

_____

_____

Each in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:  To certify which witness my hand.

|   | For serving Citation | $_____ | _____ |
|---|---|---|---|
|   | For mileage | $_____ | of _____ County, _____ |
|   | For Notary | $_____ | by _____ Deputy |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____, 20\_\_\_\_,

To certify which witness my hand and seal of office.

_____

Notary Public _____ County _____

Receipt# 1058303
Check# 265

| ATTY | |
|---|---|
| CITATION | |
| DC-21-13826 | |
| KATRINA BALDWIN Vs. KENCO LOGISTICS SERVICES, L.L.C. | |
| ISSUED THIS 17th day of September, 2021 | |
| FELICIA PITRE Clerk District Courts, Dallas County, Texas | |
| By: CARLENIA BOULIGNY, Deputy | |
| Attorney for Plaintiff **DAN S BOYD** BOYD & STAPLETON PO BOX 803596 DALLAS TX 75380 214-478-0152 dan@boydstap.com | |

DALLAS COUNTY CONSTABLE
FEES PAID          FEES NOT PAID

---

FORM NO. 353-3 - CITATION      KDO
THE STATE OF TEXAS             038216

To:  KENCO LOGISTICS SERVICES, L.L.C.
     BY SERVING REGISTERED AGENT CT CORPORATION SYSTEMS
     1999 BRYAN STREET SUITE 900
     DALLAS TX 75201

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written Answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **68th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **KATRINA BALDWIN**

Filed in said Court **16th** day of **September, 2021,** against

**KENCO LOGISTICS SERVICES, L.L.C.**

For Suit, said suit being numbered **DC-21-13826,** the nature of which demand is as follows:
Suit on **EMPLOYMENT** etc. as shown on said petition **REQUEST FOR DISCLOSURE**, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 17th day of September, 2021.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By _Carlenia Bouligny_
       CARLENIA BOULIGNY

RECEIVED
CONSTABLES OFFICE PCT
2021 SEP 27 PM 3:
8301 S. POLK ST
DALLAS, TEXAS 75

**EXHIBIT A-4**

# OFFICER'S RETURN

FILED
2021 SEP 30 PM 4: 091

FELICIA PITRE
DISTRICT CLERK
DALLAS CO. TEXAS
_____ DEPUTY

Case No.: DC-21-13826
Court No. 68th District Court
Style: KATRINA BALDWIN
Vs.
KENCO LOGISTICS SERVICES, L.L.C.

Came to hand on the _____ day of **SEP 2 7 2021**, 20____, at _____ o'clock ____ .M. Executed at _____, within the County of _____ at _____ o'clock ____ .M. on the _____ day of _____, 20____, by delivering to the within named _____.

Each in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:   To certify which witness my hand.

For serving Citation   $_____
For mileage            $_____         of **TRACEY GULLEY, CONSTABLE**
For Notary             $_____            **DALLAS COUNTY PRECINCT 1**

                                          by _____ Deputy
                                (Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____, 20____,

To certify which witness my hand and seal of office.

_____ Notary Public _____ County

# CONSTABLE'S RETURN

**Style of Case:** KATRINA BALDWIN VS. KENCO LOGISTIC SERVICES, L.L.C.

**Came into hand, this** 27 **day of** SEPTEMBER **, 20** 21 **, at** 3:10 **o'clock** P **M.**, by executing and delivering a CITATION issued out of the state of TEXAS under cause number: DC-21-13826, on the 28 day of SEPTEMBER 20 21, at 1:20 o'clock P M., to:

☐ _____ personally delivered/served true and correct copies of same.

**OTHER NOTES:** _____

☐ _____ pursuant to Rule 106/Rule 536, to an occupant: _____ over the age of 16 years.

☐ _____ pursuant to Rule 106/Rule 536, by securely attaching and/or affixing to the _____ of the defendant's last known place of

☐ business ☐ abode.

KENCO LOGISTIC SERVICES, L.L.C.

☒ A Corporation ☐ A Business

☐ President ☐ Vice-President ☒ Registered Agent

**Name:** CT CORPORATION SYSTEM

☒ By delivering to the defendant's registered agent for service, CT CORPORATION SYSTEMS, through their authorized agent to accept service. **KIRK ATKINS SOP** at 1999 BRYAN STREET SUITE 900 DALLAS, TEXAS 75201.

**Service Address:** 1999 BRYAN STREET SUITE 900 DALLAS, TEXAS 75201

☐ **RETURNED TO COURT AND/OR PLAINTIFF FOR THE FOLLOWING REASONS:**
_____

**Service Fees:** $ 80.00

_D. Escamilla #119_

**D. Escamilla #119, DEPUTY CONSTABLE**
**TRACEY L. GULLEY, CONSTABLE**
**DALLAS COUNTY PRECINCT 1**

**COUNTY OF DALLAS** §
§
**STATE OF TEXAS** §

**SIGNED AND SWORN BY SAID** _____ **, before me, this** _____ **day of** _____ **20** ____ **, to certify which, witness my hand and seal of office.**

**NOTARY PUBLIC-IN AND FOR THE STATE OF TEXAS**