IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KATRINA BALDWIN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:21-cv-02631-D |
| | § | |
| KENCO LOGISTICS SERVICES, L.L.C., | § | |
| | § | |
| Defendant. | § | |

### DEFENDANT'S AMENDED NOTICE OF REMOVAL

Pursuant to 28 U.S. Code § 1332 and Local Civil Rule 81.1, Defendant Kenco Logistics Services, L.L.C. ("Defendant") removes the Petition filed by Plaintiff Katrina Baldwin ("Plaintiff") in the 68th Judicial District Court of Dallas, County, Texas as follows:

1.  On September 16, 2021, Plaintiff filed a petition in an action styled Cause No. DC-21-13826; *Katrina Baldwin v. Kenco Logistics Services, L.L.C.,* in the 68th Judicial District Court of Dallas, County, Texas (the "State Court Action"). Plaintiff filed her petition in the State Court Action alleging wrongful discharge under Texas Labor Code §§ 21.005 and 21.051, respectively, and for attorneys' fees under Texas Labor Code § 21.2515.

2.  Defendant's Index of State Court Documents for Removal is attached as Exhibit A. True and correct copies of Plaintiff's Original Petition, and any other pleadings or orders on file in the State Court Action are attached hereto as Exhibits A-1 through A-4.

3.  Defendant was served on September 28, 2021. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b).

4.  Removal of this action is proper under 28 U.S.C. § 1332 because this is a civil action where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest

and costs, and is between citizens of different States. First, Plaintiff seeks damages in excess of $1,000,000. Second, Plaintiff is a citizen of the State of Texas, and Defendant is a citizen of the State of Tennessee. Specifically, Defendant's sole member/manager is Sheila Crane, who is a citizen of the State of Tennessee. *See Harvey v. Grey Wolf Drilling Co.*, 542 F.3d 1077, 1080 (5th Cir. 2008); *MidCap Media Fin., L.L.C. v. Pathway Data, Inc.*, 929 F.3d 310, 314 (5th Cir. 2019). As such, there is complete diversity of citizenship between the parties.

5. Defendant has or will promptly file a true and correct copy of this Notice of Removal with the Clerk of the 68th Judicial District Court of Dallas, County, Texas.

6. For these reasons, Defendant requests that the above-styled action, pending in the State Court Action be removed to the United States District Court for the Northern District of Texas, Dallas Division.

7. Defendant incorporates by reference Exhibit A, including Exhibits A-1 through A-4, filed with its Notice of Removal [Dkt. 1].

Respectfully submitted,

By: */s/ Danielle Alexis Matthews*
Danielle Alexis Matthews
Texas Bar No. 24027915
danielle.alexis.matthews@jacksonlewis.com
Raha Assadi
Texas Bar No. 24105444
raha.assadi@jacksonlewis.com
JACKSON LEWIS P.C.
500 N. Akard Street, Suite 2500
Dallas, Texas 75201
Phone: (214) 520-2400
Fax: (214) 520-2008

**ATTORNEYS FOR DEFENDANT KENCO LOGISTICS SERVICES, L.L.C.**

## CERTIFICATE OF SERVICE

  I hereby certify that the foregoing document has been served by filing with the ECF filing system on November 5, 2021, which will cause service to be made upon the following:

Dan S. Boyd
BOYD & STAPLETON
PO Box 803596
Dallas, TX 75380-3596
dan@boydstap.com

ATTORNEY FOR PLAINTIFF
KATRINA BALDWIN

              By: */s/ Danielle Alexis Matthews*
              Danielle Alexis Matthews

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KATRINA BALDWIN, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 3:21-cv-02631-D |
| § | |
| KENCO LOGISTICS SERVICES, L.L.C., § | |
| § | |
| Defendant. § | |

## INDEX OF STATE COURT DOCUMENTS FOR REMOVAL

The following documents are attached:

| | | |
|---|---|---|
| Exhibit A-1 | Docket Sheet | |
| Exhibit A-2 | Plaintiff's Original Petition | 09/16/2021 |
| Exhibit A-3 | Citation to Kenco Logistics Services, L.L.C. | 09/17/2021 |
| Exhibit A-4 | Return of Citation (served 09/28/2021) | 09/30/2021 |

**EXHIBIT A**

Respectfully submitted,
By: */s/ Danielle Alexis Matthews*
Danielle Alexis Matthews
Texas Bar No. 24027915
danielle.alexis.matthews@jacksonlewis.com
Raha Assadi
Texas Bar No. 24105444
raha.assadi@jacksonlewis.com
JACKSON LEWIS P.C.
500 N. Akard Street, Suite 2500
Dallas, Texas 75201
Phone: (214) 520-2400
Fax: (214) 520-2008

ATTORNEYS FOR DEFENDANT KENCO LOGISTICS SERVICES, L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been served by filing with the ECF filing system on October 28, 2021, which will cause service to be made upon the following:

Dan S. Boyd
BOYD & STAPLETON
PO Box 803596
Dallas, TX 75380-3596
dan@boydstap.com

ATTORNEY FOR PLAINTIFF
KATRINA BALDWIN

By: */s/ Danielle Alexis Matthews*
Danielle Alexis Matthews

## Case Information

DC-21-13826 | KATRINA BALDWIN vs. KENCO LOGISTICS SERVICES, L.L.C.

| | | |
|---|---|---|
| Case Number<br>DC-21-13826 | Court<br>68th District Court | Judicial Officer<br>HOFFMAN, MARTIN |
| File Date<br>09/16/2021 | Case Type<br>EMPLOYMENT | Case Status<br>OPEN |

## Party

PLAINTIFF
BALDWIN, KATRINA

Active Attorneys ▼
Lead Attorney
BOYD, DAN S
Retained

DEFENDANT
KENCO LOGISTICS SERVICES, L.L.C.

Address
BY SERVING REGISTERED AGENT, CT CORPORATION SYSTEMS
1999 BRYAN STREET, SUITE 900
DALLAS TX 75201

## Events and Hearings

EXHIBIT
A-1

09/16/2021 NEW CASE FILED (OCA) - CIVIL

09/16/2021 ORIGINAL PETITION ▼

ORIGINAL PETITION

09/16/2021 ISSUE CITATION ▼

ISSUE CITATION - KENCO LOGISTICS SERVICES, L.L.C.

09/17/2021 CITATION ▼

Served
09/28/2021

Anticipated Server
ATTORNEY

Anticipated Method
Actual Server
CONSTABLE 1

Returned
09/30/2021
Comment
KENCO LOGISTICS SERVICES, L.L.C.

09/30/2021 RETURN OF SERVICE ▼

EXECUTED CITATION: KENCO LOGISTICS SERVICES, L.L.C.

Comment
EXECUTED CITATION: KENCO LOGISTICS SERVICES, L.L.C.

## Financial

BALDWIN, KATRINA

| | | | | |
|---|---|---|---|---|
| Total Financial Assessment | | | | $300.00 |
| Total Payments and Credits | | | | $300.00 |
| 9/16/2021 | Transaction Assessment | | | $292.00 |
| 9/16/2021 | CREDIT CARD - TEXFILE (DC) | Receipt # 62276-2021-DCLK | BALDWIN, KATRINA | ($292.00) |

| 9/16/2021 | Transaction Assessment | | | $8.00 |
| --- | --- | --- | --- | --- |
| 9/16/2021 | PAYMENT (CASE FEES) | Receipt # 62350-2021-DCLK | BOYD, DAN S | ($8.00) |

## Documents

ORIGINAL PETITION

ISSUE CITATION - KENCO LOGISTICS SERVICES, L.L.C.

EXECUTED CITATION: KENCO LOGISTICS SERVICES, L.L.C.

Case 3:21-cv-02631-D   Document 7   Filed 11/05/21   Page 9 of 17   PageID 52

FILED
9/16/2021 7:44 AM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Alejandro Rodela DEPUTY

NO. **DC-21-13826**

| | | |
|---|---|---|
| KATRINA BALDWIN, | § § | IN THE DISTRICT COURT OF |
| Plaintiff | § § | |
| v. | § § | DALLAS COUNTY, TEXAS |
| KENCO LOGISTICS SERVICES, L.L.C., | § § | 68th |
| Defendant | § | _____ JUDICIAL DISTRICT |

PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

1. Katrina Baldwin (hereinafter "Plaintiff") files this case against Kenco Logistics Services, L.L.C. (hereinafter "Kenco").

I. DISCOVERY LEVEL

2. Discovery in this case should be conducted under Level Three.

II. RULE 47 DISCLOSURE

3. Plaintiff seeks damages in excess of $1,000,000.

III. JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction because Plaintiff seeks damages in excess of the jurisdictional minimum of this Court. This Court has *in personum* jurisdiction because Kenco does business in Texas.

5. Venue is proper in Dallas County pursuant to Tex. R. Civ. P. & Rem. Code § 15.002 (a) (i) because Dallas County is the county in which all or a substantial part of the events giving rise to the claim occurred.

EXHIBIT
**A-2**

1

IV. PARTIES AND SERVICE

6. Plaintiff is an individual residing at 5657 Amesbury Dr., Apt. 1816, Dallas, Texas 75206.

7. Kenco is a limited liability company based in Chattanooga, Tennessee and may be served by delivering a copy hereof, together with citation, to Kenco's registered agent for service of process, C. T. Corporation Systems, 1999 Bryan Street, Suite 900, Dallas, Texas 75201.

V. FACTS

8. Plaintiff was wrongfully terminated from Kenco on October 23, 2020. The wrongful termination was in retaliation for Plaintiff's having criticized Katie Yelling and Tyler Wood who worked for Kenco's human relations department.

9. Plaintiff was an HR generalist. She had worked at Kenco for three years with good reviews. She had been educated at Strayer College.

10. Kenco is liable for the misconduct of Katie Yelling and Tyler Wood under the doctrine of *respondeat superior*. Plaintiff received her right to sue letter in a timely manner; therefore, she has exhausted her administrative remedies.

VI. CAUSES OF ACTION

11. Plaintiff has a cause of action for retaliation. The misconduct of Kenco gives rise to liability by way of violating §§ 21.051 and 21.005 of the Texas Labor Code, giving rise to the liability for attorneys' fees authorized by §21.2515 of the Texas Labor Code. Thus, Plaintiff is a member of a protected class: (1) a victim of retaliation.

VII. COMPENSATORY DAMAGES

12. Plaintiff has compensatory damages of two types: (1) back pay; and (2) emotional distress, mental anguish and reduced ability to enjoy life. The back pay is $55,000; the second category of damages is inherently unliquidated. However, because the misconduct of Kenco has caused major depression for Plaintiff, it is expected that the trier of fact will award something in excess of $1,000,000. Plaintiff requests judgment for same.

## VIII.   EXEMPLARY DAMAGES

13. Because the conduct of Kenco and its agents was malicious and intentional, Plaintiff will be entitled to an award of exemplary damages in the maximum amount allowed under Tex. Civ. P. & Rem Code §41.008. Plaintiff requests judgment for same.

## IX.   ATTORNEYS' FEES

14. Based on §21.2555 of the Texas Labor Code, Plaintiff expects the attorneys' fees to be valued at $50,000 through trial; an additional $80,000 in the event of an appeal to the court of appeals; and, an additional $50,000 in the event review is sought in the Supreme Court of Texas. Plaintiff requests judgment for same.

## X.   PRAYER

15. Plaintiff prays (1) that Kenco be served or otherwise suffer default; (2) that Plaintiff be awarded the compensatory damages requested hereinabove; (3) that Plaintiff be awarded the exemplary damages requested hereinabove in order to deter Kenco and other persons or entities of similar ilk from committing such outrageous conduct in the future; (4) that Plaintiff be awarded the attorneys' fees requested hereinabove;

3

and (5) that Plaintiff be awarded all other damages, whether general or special, at law or in equity to which she may show herself to be justly entitled.

### REQUEST FOR DISCLOSURE

Plaintiff requests that Kenco disclose all of the information required by Tex. R. Civ. P. 194 within 50 days of the service hereof.

                Respectfully submitted,

                By/s/Dan S. Boyd
                Dan S. Boyd
                State Bar No. 02765500
                BOYD & STAPLETON
                P.O. Box 803596
                Dallas, Texas 75380
                dan@boydstap.com
                Tel.    (214)478-0152
                Fax:   (214)481-1878
                Web   www.boydstap.com

4

FORM NO. 353-3 - CITATION
THE STATE OF TEXAS

To: KENCO LOGISTICS SERVICES, L.L.C.
BY SERVING REGISTERED AGENT CT CORPORATION SYSTEMS
1999 BRYAN STREET SUITE 900
DALLAS TX 75201

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written Answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and **petition**, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **68th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **KATRINA BALDWIN**

Filed in said Court **16th day of September, 2021** against

**KENCO LOGISTICS SERVICES, L.L.C.**

For Suit, said suit being numbered **DC-21-13826**, the nature of which demand is as follows:
Suit on **EMPLOYMENT** etc. as shown on said petition **REQUEST FOR DISCLOSURE**, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 17th day of September, 2021.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By _Carlenia Bouligny_, Deputy
CARLENIA BOULIGNY

---

ATTY

CITATION

DC-21-13826

**KATRINA BALDWIN**
Vs.
**KENCO LOGISTICS SERVICES, L.L.C.**

ISSUED THIS
17th day of September, 2021

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By: CARLENIA BOULIGNY, Deputy

Attorney for Plaintiff
**DAN S BOYD**
BOYD & STAPLETON
PO BOX 803596
DALLAS TX 75380
214-478-0152
dan@boydstap.com

DALLAS COUNTY CONSTABLE
FEES PAID    (FEES NOT PAID)

EXHIBIT
**A-3**

## OFFICER'S RETURN

Case No. : DC-21-13826

Court No.68th District Court

Style: KATRINA BALDWIN

Vs.

KENCO LOGISTICS SERVICES, L.L.C.

Came to hand on the _____ day of _____, 20_____, at _____ o'clock _____.M. Executed at _____, within the County of _____ at _____ o'clock _____.M. on the _____ day of _____, 20_____, by delivering to the within named

_____

_____

Each in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:   To certify which witness my hand.

    For serving Citation   $_____   _____

    For mileage   $_____   of _____ County, _____

    For Notary   $_____   by _____ Deputy

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____, 20 _____,

To certify which witness my hand and seal of office.

_____

Notary Public _____ County _____

Receipt# 1058303
Check# 265

| ATTY | |
|---|---|
| CITATION | |
| | DC-21-13826 |
| | KATRINA BALDWIN |
| | Vs. |
| | KENCO LOGISTICS SERVICES, L.L.C. |
| | ISSUED THIS |
| | 17th day of September, 2021 |
| | FELICIA PITRE |
| | Clerk District Courts, |
| | Dallas County, Texas |
| | By: CARLENIA BOULIGNY, Deputy |
| | Attorney for Plaintiff |
| | DAN S BOYD |
| | BOYD & STAPLETON |
| | PO BOX 803596 |
| | DALLAS TX 75380 |
| | 214-478-0152 |
| | dan@boydstap.com |

DALLAS COUNTY CONSTABLE
FEES PAID        FEES NOT PAID

---

C

FORM NO. 353-3 - CITATION    KDO
THE STATE OF TEXAS           038216

To:  KENCO LOGISTICS SERVICES, L.L.C.
     BY SERVING REGISTERED AGENT CT CORPORATION SYSTEMS
     1999 BRYAN STREET SUITE 900
     DALLAS TX 75201

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written Answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **68th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **KATRINA BALDWIN**

Filed in said Court 16th day of September, 2021 against
KENCO LOGISTICS SERVICES, L.L.C.

For Suit, said suit being numbered **DC-21-13826**, the nature of which demand is as follows:
Suit on **EMPLOYMENT** etc. as shown on said petition **REQUEST FOR DISCLOSURE**, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 17th day of September, 2021.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By _____
      CARLENIA BOULIGNY

RECEIVED
CONSTABLES OFFICE PCT
2021 SEP 27 PM 3:
8301 S. POLK ST
DALLAS, TEXAS 75

**EXHIBIT A-4**

# OFFICER'S RETURN

FILED
2021 SEP 30 PM 4:09

FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
_____ DEPUTY

Case No.: DC-21-13826
Court No. 68th District Court
Style: KATRINA BALDWIN
Vs.
KENCO LOGISTICS SERVICES, L.L.C.

Came to hand on the _____ day of **SEP 27 2021**, 20____, at _____ o'clock _____ .M. Executed at _____, within the County of _____ at _____ o'clock _____ .M. on the _____ day of _____, 20____, by delivering to the within named

Each in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was _____ miles and my fees are as follows: To certify which witness my hand.

| | |
|---|---|
| For serving Citation | $ |
| For mileage | $ |
| For Notary | $ |

**TRACEY GULLEY, CONSTABLE**
of **DALLAS COUNTY PRECINCT 1**
by _____ Deputy

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____, 20____,

To certify which witness my hand and seal of office.

_____ Notary Public _____ County

# CONSTABLE'S RETURN

**Style of Case:** KATRINA BALDWIN VS. KENCO LOGISTIC SERVICES, L.L.C.

**Came into hand, this** 27 day of SEPTEMBER, 20 21, at 3:10 o'clock P M. by executing and delivering a CITATION issued out of the state of TEXAS under cause number: DC-21-13826, on the 28 day of SEPTEMBER 20 21, at 1:20 o'clock P M., to:

☐ _____ personally delivered/served true and correct copies of same.

**OTHER NOTES:** _____

☐ _____ pursuant to Rule 106/Rule 536, to an occupant: _____ over the age of 16 years.

☐ _____ pursuant to Rule 106/Rule 536, by securely attaching and/or affixing to the _____ of the defendant's last known place of

☐ business ☐ abode.

KENCO LOGISTIC SERVICES, L.L.C.   ☒ A Corporation  ☐ A Business

☐ President ☐ Vice-President ☒ Registered Agent

**Name:** CT CORPORATION SYSTEM

☒ By delivering to the defendant's registered agent for service, CT CORPORATION SYSTEMS, through their authorized agent to accept service. **KIRK ATKINS SOP** at **1999 BRYAN STREET SUITE 900 DALLAS, TEXAS 75201.**

**Service Address:** 1999 BRYAN STREET SUITE 900 DALLAS, TEXAS 75201

☐ **RETURNED TO COURT AND/OR PLAINTIFF FOR THE FOLLOWING REASONS:**
_____

**Service Fees:** $ 80.00

_D. Escamilla #119_

**D. Escamilla #119, DEPUTY CONSTABLE**
**TRACEY L. GULLEY, CONSTABLE**
**DALLAS COUNTY PRECINCT 1**

**COUNTY OF DALLAS** §
§
**STATE OF TEXAS** §

**SIGNED AND SWORN BY SAID** _____ , before me, this _____ day of _____ 20 ____ , to certify which, witness my hand and seal of office.

_____
**NOTARY PUBLIC-IN AND FOR THE STATE OF TEXAS**