IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KATRINA BALDWIN, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:21-CV-02631-D |
| | § | |
| KENCO LOGISTICS SERVICES, L.L.C., | § | |
| | § | |
| Defendant | § | |

MOTION FOR LEAVE TO AMEND COMPLAINT

TO THE HONORABLE SIDNEY FITZWATER, UNITED STATES DISTRICT JUDGE:

1. Pursuant to Fed. R. Civ. P. 15 (a), Baldwin moves to amend her Complaint. The proposed Complaint, including the Baldwin Declaration, which is attached thereto as Exhibit "A" is being tendered herewith.

2. Rule 15 (a) (2) states on its face that "the court should freely give leave when justice so requires."

3. Here, justice so requires because the Defendant (hereinafter "Kenco") has filed a motion to dismiss (Doc. 6) based mostly on the premise that the Plaintiff's complaint is untimely, and the Baldwin Declaration invokes equitable tolling which would defeat the motion to dismiss.

1

4. As the Supreme Court stated in *Forman v. Davis,* 371 U.S. 178, 182 (1962), "If the underlying facts or circumstances relied upon by a plaintiff may be a proper subject of relief, he ought to be afforded an opportunity to test his claim on the merits. [Unless there is a] reason – such as undue delay, bad faith, or dilatory motive on the past of the movant…the leave sought should, as the rule states, be 'freely given.'"

5. This is quite early in the case. None of the improper motives potentially applicable to a plaintiff are present here. Consequently, leave should be given.

CERTIFICATE OF CONFERENCE

I hereby certify that on November 19, 2021, through an exchange of emails, the Defendant stated that it was opposed to leave.

Respectfully submitted,

By/s/Dan S. Boyd
Dan S. Boyd
State Bar No. 02765500
BOYD & STAPLETON
P.O. Box 803596
Dallas, Texas 75380
dan@boydstap.com
Tel.   (214)478-0152
Fax:   (214)481-1878
Web   www.boydstap.com

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Leave to Amend Complaint was served on Defendant through the court's electronic filing system on November 22, 2021.

<pre>
                              /s/Dan S. Boyd
                              Dan S. Boyd
</pre>